UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIANJIN MOTOR DIES CO., LTD.,

    Plaintiff/Counter-Defendant,

v.

DIETECH NORTH AMERICA, LLC,

    Defendant/Counter-Plaintiff.

Case No. 19-cv-13215
Hon. Matthew F. Leitman

_____/

## ORDER TERMINATING AS MOOT DEFENDANT'S MOTION TO DISMISS (ECF No. 5)

Now pending before the Court is Defendant DieTech North America's Motion to Dismiss Counts II–V of Plaintiff Tianjin Motor Dies' Complaint (ECF No. 5). After Defendant filed its motion, Tianjin filed an Amended Complaint (ECF No. 11). DieTech then filed an Answer to Plaintiff's Amended Complaint (ECF No. 12). Accordingly, the Court **TERMINATES AS MOOT** Defendant's Motion to Dismiss (ECF No. 5).

    **IT IS SO ORDERED**.

                                        s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: February 6, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 6, 2020, by electronic means and/or ordinary mail.

                                                        s/Holly A. Monda
                                                       Case Manager
                                                       (810) 341-9764