UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIANJIN MOTOR DIES CO. LTD.,

    Plaintiff,

v.

DIETECH NORTH AMERICA, LLC,

    Defendant.

_____/

Case No. 19-cv-13215
Hon. Matthew F. Leitman

## ORDER (1) TERMINATING ALL DATES IN COURT'S SCHEDULING ORDER (ECF No. 25) AND (2) TERMING PENDING MOTIONS (ECF Nos. 27, 35, AND 36) WITHOUT PREJUDICE

Currently pending before the Court are three motions in this breach-of-contract action: (1) Plaintiff Tianjin Motor Dies Co., Ltd.'s motion for summary judgment (ECF No. 27), (2) Tianjin Motor's motion in limine (ECF No. 35), and (3) Defendant Dietech North America, LLC's motion in limine (ECF No. 36). In order to give the parties an opportunity to focus on settlement, the Court (1) terminates all dates in its current scheduling order (ECF No. 25) and (2) terminates all of the pending motions without prejudice.

The Court will schedule a status conference for approximately 90 days to receive an update from the parties on the status of the settlement negotiations.

The parties' motions may be re-filed, if necessary, after the status conference.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  January 26, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 26, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
