UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIANJIN MOTOR DIES CO. LTD.,

    Plaintiff,

v.

DIETECH NORTH AMERICA, LLC,

    Defendant.
_____/

Case No. 19-cv-13215
Hon. Matthew F. Leitman

## ORDER REINSTATING MOTION FOR SUMMARY JUDGMENT (ECF No. 27)

On October 11, 2021, Plaintiff Tianjin Motor Dies Co., Ltd. filed a motion for summary judgment in this action (ECF No. 27). Defendant Dietech North America, LLC opposed (ECF No. 30), and Plaintiff filed a reply (ECF No. 31). On January 26, 2022, this Court issued an order administratively terminating Plaintiff's pending motion to allow the parties to focus on settlement discussions. (*See* Order, ECF No. 37.)

As discussed on-the-record at the status conference held on today's date, the parties' discussions have not yet yielded a settlement. Accordingly, as further discussed at today's status conference, the Court has decided to reinstate Plaintiff's motion for summary judgment. That motion (ECF No. 27) is hereby

**REINSTATED**.  The parties need not re-file their briefing on this motion.  The Court will set a hearing on this motion.

    **IT IS SO ORDERED**.

                                        s/Matthew F. Leitman  
                                        MATTHEW F. LEITMAN  
                                        UNITED STATES DISTRICT JUDGE

Dated:  March 22, 2022

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 22, 2022, by electronic means and/or ordinary mail.

                                        s/Holly A. Ryan  
                                        Case Manager  
                                        (313) 234-5126